UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-22082-KMW

SAMUEL RIVERA,

    Plaintiff,

vs.

VICTORIA R. BRENNAN, *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 10) ("Report") regarding Plaintiff's petition for writ of habeas corpus. In the Report, Judge Reid recommended that Plaintiff's § 1983 complaint be construed as a habeas petition under 28 U.S.C. § 2254, and dismissed for lack of jurisdiction as an unauthorized, successive petition. Plaintiff filed objections to the Report. (DE 11). Upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 10) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. No certificate of appealability shall issue.
4. All pending motions are **DENIED AS MOOT**.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 11th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Samuel Rivera
180695
South Florida Reception Center- South Unit
Inmate Mail / Parcels
13910 NW 41st Street
Doral, FL 33178